

**U.S. Department of Justice**

**Federal Bureau of Prisons**

**Federal Detention Center**

*P.O. Box 526245*
*Houston, Texas 77052*

April 8, 2019

RECEIVED IN CHAMBERS

֍ ⁄ ⁀ ⁌⁍

GRAY H. MILLER
U.S. DISTRICT JUDGE

The Honorable Gray H. Miller
United States District Judge
Southern District of Texas
515 Rusk Avenue
Houston, TX 77002

RE: *United States v. Elexis Sidney*
    Case No. 4:19-cr-00026-1
    United States District, S.D. of Texas

Dear Judge Miller:

Bureau of Prisons policy requires that the Court be notified any time a pretrial detainee receives medication which may alter the detainee's behavior. Accordingly, this letter is intended to advise the Court of the mental health status of detainee Elexis Sidney, federal register number 61394-479.

Ms. Sidney is currently detained at the Federal Detention Center, Houston, Texas (FDC Houston). Ms. Sidney arrived at FDC Houston on December 11, 2018.

Ms. Sidney has reported issues with depression. FDC Houston's medical and mental health staff evaluated Ms. Sidney and determined that he presented with symptoms consistent with depression.

On March 13, 2019, FDC Houston physician Roberto Garza prescribed Prozac for Ms. Sidney. At present, Ms. Sidney has reported improvement in her depression. She will continue to receive treatment by FDC Houston's medical staff.

If you require additional information, please do not hesitate to contact me.

Sincerely,

W. Smith
Warden

cc: Kimberly A. Bulger Leo, AUSA
U.S. Attorney's Office
SD Texas - Houston Division
1000 Louisiana, Suite 2300
Houston, TX 77002
Email: kim.leo@usdoj.gov

John M. Parras, AFD
Federal Public Defender
440 Louisiana
Houston, TX 77002
Email: john_parras@fd.org

Julio Villegas, Supv. Deputy
U.S. Marshals Service
515 Rusk, 10th Floor
Houston, TX 77002
Julio.Villegas@usdoj.gov