UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF TEXAS
                         HOUSTON DIVISION

UNITED STATES OF AMERICA            §
                                    §
vs.                                 §        CRIMINAL NO. H-19-26
                                    §
ELEXIS KIERA SIDNEY                 §

                         <u>SENTENCE DATA SHEET</u>

**CRIMINAL NO.:**            H-19-26

**DEFENDANT:**               Elexis Kiera Sidney

**DEFENDANT'S**
**IMMIGRATION**
**STATUS:**                  U.S.

**GUILTY PLEA:**             Counts 1-4

**SUBSTANCE**
**OF PLEA**
**AGREEMENT:**               No Plea Agreement

**ELEMENTS:**
**Count 1**                  Sexual Exploitation of Children = 18 U.S.C. § 2251(a)

    1. That the defendant employed, used, persuaded, induced, enticed or coerced a minor to engage in sexually explicit conduct or attempted to do so;
    2. That the defendant knowingly did this for the purpose of producing a visual depiction; and,
    3. that the visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

**Count 2**                  Distribution of Child Pornography = 18 U.S.C. § 2252A(a)(2)(B)

    1. That the defendant knowingly distributed material that contained child pornography;

|  |  |
|---|---|
|  | 2. The material containing child pornography was transported in or affecting interstate or foreign commerce by any means, including by computer; and, |
|  | 3. That when the defendant distributed the material, she knew it contained child pornography. |
| **Count 3** | Receipt of Child Pornography = 18 U.S.C. § 2252A(a)(2)(B) |
|  | 1. That the defendant knowingly received material that contained child pornography; |
|  | 2. The material containing child pornography was transported in or affecting interstate or foreign commerce by any means, including by computer; and, |
|  | 3. That when the defendant received the material, she knew it contained child pornography. |
| **Count 4** | Possession of Child Pornography = 18 U.S.C. § 2252A(a)(5)(B) |
|  | 1. That the defendant knowingly possessed material containing images of child pornography; |
|  | 2. That such material containing child pornography had been shipped or transported using any means or facility of interstate or foreign commerce or that was produced using materials that had been shipped or transported in or affecting interstate or foreign commerce by any means, including computer; and, |
|  | **3.** That at the time of such possession, the defendant believed that such material constituted or contained child pornography. |
| **PENALTY:** |  |
| **Count 1** | 18 U.S.C. 2251(a) = sexual exploitation of children<br>no less than 15 years and not more than 30 years in prison, up to $250,000 fine. |
| **Count 2** | 18 U.S.C. § 2252A(a)(2)(B) = distribution of child pornography<br>no less than 5 years and not more than 20 years in prison, up to $250,000 fine. |
| **Count 3** | 18 U.S.C. § 2252A(a)(2)(B) = receipt of child pornography<br>no less than 5 years and not more than 20 years in prison, up to $250,000 fine. |
| **Count 4** | 18 U.S.C. § 2252A(a)(5)(B) = possession of child pornography<br>up to 10 years in prison, up to $250,000 fine. |

| | |
|---|---|
| **SUPERVISED RELEASE:** | At least 5 years up to any term of years or Life. |
| **ALTERNATIVE FINE BASED ON GAIN OR LOSS:** | Not Applicable |
| **SENTENCING GUIDELINES:** | Applicable |
| **RESTITUTION:** | Mandatory Restitution of $3,000 per victim |
| **SEX OFFENDER REGISTRATION:** | Applicable |
| **SPECIAL ASSESSMENT:** | $100 per count of conviction and for each count.  $5,000 special assessment under the Justice for Victims Trafficking Act of 2015 per count. Up to $50,000 special assessment under the Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018 for Count 1; up to $35,000 special assessment for Counts 2 and 3; and up to $17,000 special assessment for Count 4. |
| **ATTACHMENT:** | Proffer |