UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | CRIMINAL NO:  4:19-CR-26 |
| § | |
| ELEXIS KIERA SIDNEY, § | |
| Defendant. § | |

## ORDER OF FORFEITURE AT SENTENCING

The Preliminary Order of Forfeiture, which was signed on May 25, 2022 (Document 60) and became final as to the defendant Elexis Kiera Sidney on the same date, is made part of the defendant's sentence and shall be included in the judgment.

Signed at Houston, Texas, on _____, 2023.

_____
Randy Crane
Chief United States District Judge