# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

**UNITED STATES OF AMERICA**

v.   Cr. No. H-19-0026

**ELEXIS KIERA SIDNEY**

## NOTICE OF APPEAL

The defendant, Elexis Kiera Sidney, through his attorney, the Federal Public Defender, hereby appeals from the judgment of conviction and sentence imposed on August 2, 2023, in the above styled matter to the United States Court of Appeals for the Fifth Circuit.

Respectfully submitted,

MARJORIE A. MEYERS
Federal Public Defender
Southern District of Texas No. 3233
Texas State Bar No. 14003750

**By /s/ Alex Omar Rosa-Ambert**
ALEX OMAR ROSA-AMBERT
Puerto Rico State Bar ID No. 15048
Southern District of Texas No. 3644073
Assistant Federal Public Defender
440 Louisiana, Suite 1350
Houston, Texas 77002-1056
Telephone:  713.718.4600
Fax: 713.718.4610
alex_rosa-ambert@fd.org

## **CERTIFICATE OF SERVICE**

I certify that on August 21, 2023, a copy of the Notice of Appeal was served by Notice of Electronic Filing to the office of the United States Attorney at 1000 Louisiana Street, Suite 2300, Houston, Texas 77002.

                                          **s/ Alex Omar Rosa-Ambert**
                                          ALEX OMAR ROSA-AMBERT