United States Courts
Southern District of Texas
FILED

September 12, 2023

Nathan Ochsner, Clerk of Court

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

September 12, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 23-20402    USA v. Sidney
                USDC No. 4:19-CR-26-1

The court has considered the motion of United States of America and Elexis Kiera Sidney to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for United States of America and Elexis Kiera Sidney may obtain all ex parte documents *filed on behalf of* United States of America and Elexis Kiera Sidney, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

Sincerely,

LYLE W. CAYCE, Clerk

*Christina Rachal*

By: _____
Christina C. Rachal, Deputy Clerk
504-310-7651

Ms. Marjorie A. Meyers
Ms. Carmen Castillo Mitchell
Mr. Nathan Ochsner
Ms. Kathryn Shephard