1

```
 1                   IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE SOUTHERN DISTRICT OF TEXAS

 3                            HOUSTON DIVISION

 4
     UNITED STATES OF AMERICA              4:19-cr-0026
 5

 6   VS.                                   July 12, 2023
                                           Houston, Texas
 7                                         11:46:43 a.m.
     ELEXIS KIERRA SIDNEY
 8

 9

10

11

12                       HEARING RE:   SENTENCING

13          BEFORE THE HONORABLE CHIEF JUDGE RANDY CRANE

14                     UNITED STATES DISTRICT JUDGE

15   APPEARANCES:

16   For the Defendant                     Alex Rosa-Ambert, AFPD
                                           Office of the Federal
17                                            Public Defender
                                           440 Louisiana Street
18                                         Suite 1350
                                           Houston, Texas 77002
19
     Electronic Recording Operator         Shannon Holden
20

21

22

23

24

25
     Proceedings from official electronic sound recording;
     transcript produced by court approved transcriber.

     DIGITAL SCROLL TRANSCRIPTION                       281.382.9862
```

```
 1              THE COURT:  Who's here on 19-cr-26, USA versus
 2   Elexis Kierra Sidney?
 3              MR. ROSA-AMBERT:  I am, sir.
 4              THE COURT:  Sorry – well, you've had other cases
 5   here, so it hasn't been completely wasted time.
 6              MR. ROSA-AMBERT:  I – I have no problem waiting.  I
 7   have other sentencings in the afternoon to be heard as well,
 8   Your Honor.
 9              THE COURT:  I have a 2:35 flight.  I have got a noon
10   court meeting that's I'm a chair- -- chairman of, so I'm going
11   to reset her for August 2$^{nd}$, like two weeks.
12              MR. ROSA-AMBERT:  Can I verify my calendar, Your
13   Honor?
14              THE COURT:  You may, but it's – sorry, my calendar
15   trumps yours.
16              MR. ROSA-AMBERT:  No, Your Honor, I'm saying
17   regarding other court appointments in this court.
18              THE COURT:  Oh, sure.  Sure.  Okay.
19              MR. ROSA-AMBERT:  I'm not – I'm not going anywhere.
20              THE COURT:  Or the afternoon – yeah, you've got the
21   morning of the 2$^{nd}$.
22              MR. ROSA-AMBERT:  I am available, Your Honor.
23              THE COURT:  Thank you for gracing us with your
24   presence that morning.
25              MR. ROSA-AMBERT:  I'll do my very best.
```

```
1            THE COURT:  All right.
2                 So, we'll set 9:00 a.m., August 2nd, and we'll –
3  more or less I always take these cases independently of any
4  case, nobody else in the courtroom.  So, we'll –
5            MR. ROSA-AMBERT:  Thank you, sir.
6            THE COURT:  It will be that morning.
7                 All right.  Thank you very much.
8                 You all are dismissed.
9       (Proceedings concluded at 11:47:47 a.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

4

1          IN THE UNITED STATES DISTRICT COURT
2          FOR THE SOUTHERN DISTRICT OF TEXAS
3                   HOUSTON DIVISION
4
5     I, Linda Griffin, court approved transcriber, certify that
6  the foregoing is a correct transcript from the official
7  electronic sound recording of the proceedings in the above-
8  entitled matter.
9
10 /s/ Linda Griffin                    October 11, 2023
   Linda Griffin                              Date
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

DIGITAL SCROLL TRANSCRIPTION                        281.382.9862