# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
June 06, 2024
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
June 6, 2024
Lyle W. Cayce
Clerk

No. 23-20402

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

versus

ELEXIS KIERA SIDNEY,

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:19-CR-26-1

---

ORDER:

IT IS ORDERED that the motion of the Federal Public Defender to withdraw as counsel, except on the remand to district court, is GRANTED.

/s/ Rhesa H. Barksdale
RHESA H. BARKSDALE
*United States Circuit Judge*

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

June 06, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-20402    USA v. Sidney
                      USDC No. 4:19-CR-26-1

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

*Christina Rachal*

By: _____
Christina C. Rachal, Deputy Clerk
504-310-7651

Mrs. Amy Howell Alaniz
Ms. Carmen Castillo Mitchell
Mr. Nathan Ochsner
Ms. Elexis Kiera Sidney