# United States Court of Appeals
# for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
June 20, 2024
Nathan Ochsner, Clerk of Court

No. 23-20402
Summary Calendar

---

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

versus

ELEXIS KIERA SIDNEY,

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:19-CR-26-1

---

Before BARKSDALE, ENGELHARDT, and WILSON, *Circuit Judges.*

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED IN PART and REVERSED IN PART, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

No. 23-20402

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.



**Certified as a true copy and issued as the mandate on Jun 20, 2024**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

## *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

June 20, 2024

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

      No. 23-20402   USA v. Sidney
                           USDC No. 4:19-CR-26-1

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      *Christina Rachal*
                                      By: _____
                                      Christina C. Rachal, Deputy Clerk
                                      504-310-7651

cc:
     Mrs. Amy Howell Alaniz
     Ms. Carmen Castillo Mitchell
     Ms. Elexis Kiera Sidney