# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS



20240718-30
Elexis Kiera Sidney 161394-479
Joe Corley Unit
500 Hilbig Road
Conroe, TX US 77301

United States Courts
Southern District of Texas
F I L E D

SEP 0 4 2024

Nathan Ochsner, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Thursday, July 18, 2024
Case Number: 4:19-cr-00026
Document Number: 121 (7 pages)
Notice Number: 20240718-30
Notice: The attached order has been entered.

